

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2014

No. 04-14-00631-CV

**IN RE PRECISION SHOOTING EQUIPMENT, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

On September 5, 2014, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that deficiencies in relator's petition prevent this court from determining relator's entitlement to mandamus relief. *See* TEX. R. APP. P. 52.3(a)-(k). Accordingly, the petition for writ of mandamus is DENIED WITHOUT PREJUDICE TO REFILING. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on September 10th, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. CV-1280, styled *Precision Shooting Equipment, Inc. v. Manuel Medina III, Individually and d/b/a M3 Outfitters*, pending in the County Court at Law, Zapata County, Texas, the Honorable Joe Rathmell presiding.